



ATTACHMENT 2