

# CHEROKEE NATION
## Real Estate Services

## MEMORANDUM

**To:**        **Brandi Harris**

**From:**      **Lane Kindle, Realty Specialist, Real Estate Services**

**Thru:**      **Ginger Reeves, Director, Cherokee Nation Real Estate Services**

**Subject:**   **8800 East 66th St. North Owasso, Oklahoma**

**Date:**      **August 6, 2020**

---

Legal Description:              None Given

Finding Directions/Street Address:    8800 East 66th St. North Owasso, Oklahoma

Type of Property:               Fee Property

Location:                       Located within the Cherokee Nation Reservation, boundaries of the Cherokee Nation territory shall be those described by the patents of 1838 and 1846 diminished only by the Treaty of July 19, 1866, and the Act of Mar. 3, 1893. 1999 Cherokee Constitution, art. 2

Should you have further questions or if I may be of further assistance, please contact me at (918) 453-5350.

ATTACHMENT 3



# CHEROKEE NATION
## Real Estate Services

### MEMORANDUM

**To:**       **Brandi Harris**

**From:**    **Lane Kindle, Realty Specialist, Real Estate Services**

**Thru:**    **Ginger Reeves, Director, Cherokee Nation Real Estate Services**

**Subject:**  **9000 East 66th St. North Owasso, Oklahoma**

**Date:**    **August 6, 2020**

---

Legal Description:                None Given

Finding Directions/Street Address:  9000 East 66th St. North Owasso, Oklahoma

Type of Property:                 Fee Property

Location:                         Located within the Cherokee Nation Reservation, boundaries of the Cherokee Nation territory shall be those described by the patents of 1838 and 1846 diminished only by the Treaty of July 19, 1866, and the Act of Mar. 3, 1893. 1999 Cherokee Constitution, art. 2

Should you have further questions or if I may be of further assistance, please contact me at (918) 453-5350.

ATTACHMENT 3



P.O. Box 948
Tahlequah, OK 74465-0948
Phone: 918-453-5350
Fax: 918-458-0329

# CHEROKEE NATION
## Real Estate Services

**To:**      **Brandi Harris, Office of the Federal Public Defender**

**From:**    **Lane Kindle, Realty Specialist II, Real Estate Services**

**Thru:**    **Ginger Reeves, Director, Cherokee Nation Real Estate Services**

**Subject:** **Jet Trucking**

**Date:**    **February 25, 2020**

---

Legal Description:      Section 6, Township 20 North, Range 14 East
                        Tulsa County, OK

Finding Directions:     None Given

Type of Property:       Fee Property

Location:               Located within the Cherokee Nation Reservation


Should you have further questions or if I may be of further assistance, please contact me at (918) 453-5350.


ATTACHMENT 3