

MAR 3 0 2004

## Muscogee (Creek) Nation

PRINCIPAL CHIEF
*A.D. Ellis*

SECOND CHIEF
*Alfred Berryhill*

OFFICE OF THE PRINCIPAL CHIEF
PO Box 580
(HWY 75, Loop 56)
Okmulgee, OK 74447
918.732.7600

March 23, 2004

Lisa S. McCalmont
Death Penalty Federal
Habeas Corpus Division
215 Dean A. McGee
Suite 109 Old Post Office Building
Oklahoma City, Oklahoma 73102

RE: *Murphy v. Mullin*, CIV- 03-443-WH

Dear Ms. McCalmont:

In response to your letter dated March 17, 2004, to the best of our knowledge the Muscogee (Creek) Nation has not addressed the issue of the Federal Death Penalty.

Please feel free to conduct any further research with the Nation's public records including those housed with the Legislative Branch.

Sincerely,

*Alfred Berryhill for*
A.D. Ellis
Principal Chief

ATTACHMENT 4