UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOHN FITZGERALD HANSON,

    PETITIONER,

v.

GENTNER DRUMMOND, Attorney General of the State of Oklahoma;

DANON COLBERT, Acting Regional Director, U.S. Department of Justice, Federal Bureau of Prisons;

WILLIAM W. LOTHROP, Acting Director, U.S. Department of Justice, Federal Bureau of Prisons; and

HOWARD K. GOLDEY, Warden, USP Pollock, Federal Bureau of Prisons,

    RESPONDENTS.

Case No.

Judge
Magistrate Judge

CAPITAL CASE

MOTION TO PROCEED IN FORMA PAUPERIS

Pursuant to 28 U.S.C. § 1915 and U.S.C. § 1746, Tricia Russell, Assistant Federal Public Defender, respectfully requests continuance as CJA appointed counsel for Plaintiff, John Fitzgerald Hanson, an indigent prisoner under a sentence of death. Undersigned counsel works for the Federal Public Defender's Office for the Western District of Oklahoma in the Capital Habeas Unit.

On March 1, 2010, the Federal Public Defender's Office was appointed to represent Mr. Hanson in his federal habeas action in Case No. 10-CV-113-CVE-TLW. (Doc. 3). Mr.

Hanson has been consistently represented by the Federal Public Defender's Office throughout his appeals due to his indigency.

Undersigned counsel respectfully request this Court permit the Plaintiff, Mr. Hanson, to proceed In Forma Pauperis.

Respectfully submitted,

*/s/ Tricia Russell*

TRICIA RUSSELL, Arkansas BA # 2020232
Assistant Federal Public Defender
Western District of Oklahoma
Capital Habeas Unit
215 Dean A. McGee, Suite 707
Oklahoma City, OK 73102
(405) 609-5975 (phone)
(405) 609-5976 (fax)
E-mail: Tricia_Russell@fd.org

COUNSEL FOR APPELLANT,
JOHN FITZGERALD HANSON

Certificate of Service

I hereby certify that on January 29, 2025, I presented the foregoing Motion for In Forma Pauperis to the Clerk of Court for filing and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Gentner Drummond
Attorney General
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105

Danon Colbert
Acting Regional Director
U.S. Department of Justice
Federal Bureau of Prisons

South Central Regional Office
US Armed Forces Reserve Cmpl
344 Marine Forces Drive
Grand Prairie, Texas 75051

William W. Lothrop
Acting Director
U.S. Department of Justice
Federal Bureau of Prisons
Central Office
320 First St., NW
Washington, DC 20534

Howard K. Goldey, Warden
United States Penitentiary Pollock
1000 Airbase Road
Pollock, LA 71467

_____
Tricia Russell, Assistant Federal Public Defender