UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JOHN FITZGERALD HANSON,

    PETITIONER,

v.

GENTNER DRUMMOND, Attorney General of the State of Oklahoma;

DANON COLBERT, Acting Regional Director, U.S. Department of Justice, Federal Bureau of Prisons;

WILLIAM W. LOTHROP, Acting Director, U.S. Department of Justice, Federal Bureau of Prisons,

HOWARD K. GOLDEY, Warden, United States Penitentiary Pollock, BUREAU OF PRISONS,

    RESPONDENTS.

Case No.

Judge
Magistrate Judge

**CAPITAL CASE**

## ORDER

Petitioner's Motion to Proceed *In Forma Pauperis* comes before the Court for consideration. Having reviewed the Motion and for good cause shown, this Court finds Petitioner's Motion to Proceed *In Forma Pauperis* is well taken and should be granted.

THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion to Proceed *In Forma Pauperis* is GRANTED.

SO ORDERED this _____ day of January, 2025.


_____