UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**JOHN FITZGERALD HANSON**          **CASE NO.  1:25-CV-00102 SEC P**

**VERSUS**                          **JUDGE DRELL**

**GENTNER DRUMMOND ET AL**          **MAGISTRATE JUDGE PEREZ-MONTES**

### MEMORANDUM ORDER

A review of the record indicates that the petitioner has already paid the filing fee in this matter.  Therefore, petitioner's application to proceed *in forma pauperis* is DENIED.

THUS DONE in Chambers on this _____ day of _____, 2025.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge