UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN FITZGERALD HANSON,<br><br>　　　　PETITIONER,<br><br>v.<br><br>GENTNER DRUMMOND, Attorney General of the State of Oklahoma;<br><br>DANON COLBERT, Acting Regional Director, U.S. Department of Justice, Federal Bureau of Prisons;<br><br>WILLIAM W. LOTHROP, Acting Director, U.S. Department of Justice, Federal Bureau of Prisons,<br><br>HOWARD K. GOLDEY, Warden, United States Penitentiary Pollock, BUREAU OF PRISONS,<br><br>　　　　RESPONDENTS. | Case No.<br><br>Judge<br>Magistrate Judge<br><br><br><br><br><span style="color:red">**CAPITAL CASE**</span> |

### ORDER

Petitioner's Motion to Proceed *In Forma Pauperis* comes before the Court for consideration. Having reviewed the Motion and for good cause shown, this Court finds Petitioner's Motion to Proceed *In Forma Pauperis* is well taken and should be granted.

THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion to Proceed *In Forma Pauperis* is GRANTED.

SO ORDERED this \_\_\_\_ day of January, 2025.

_____