UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN HANSON, | |
| PETITIONER, | |
| | Case No. |
| v. | |
| GENTNER DRUMMOND, Attorney General of the State of Oklahoma; DANON COLBERT, Acting Regional Director, U.S. Department of Justice, Federal Bureau of Prisons; and WILLIAM W. LOTHROP, Acting Director, U.S. Department of Justice, Federal Bureau of Prisons, HOWARD K. GOLDEY, Warden, United States Penitentiary Pollock, BUREAU OF PRISONS, | Judge<br><br>Magistrate Judge<br><br>CAPITAL CASE |
| RESPONDENTS. | |

ORDER

Petitioner's Emergency Motion for Declaratory and Injunctive Relief comes before the Court for consideration. Having reviewed the Motion and for good cause shown, this Court finds Petitioner's Emergency Motion for Declaratory and Injunctive Relief is well taken and should be granted.

THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's Emergency Motion for Declaratory and Injunctive Relief is GRANTED.

SO ORDERED this _____ day of January, 2025.

Case 1:25-cv-00102-DDD-JPM     Document 4     Filed 01/31/25     Page 2 of 2 PageID #:  54