AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN FITZGERALD HANSON<br>*Plaintiff*<br>v.<br>GENTNER DRUMMOND , et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 1:25−CV−00102−DDD−JPM<br>) Judge Dee D Drell<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501−6832**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    **Patricia Anne Russell**
    **Federal Public Defender's Office (OK)**
    **215 Dean A McGee Ave Ste 707**
    **Oklahoma City, OK 73102**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __2/5/2025__          __/s/ − Daniel J. McCoy__

1:25–CV–00102–DDD–JPM
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U.S. ATTORNEY
WESTERN DISTRICT OF LOUISIANA
800 LAFAYETTE ST., STE: 2200
LAFAYETTE, LA 70501–6832** was received by me on *(date)*_____.

- I personally served the summons on **U.S. ATTORNEY
  WESTERN DISTRICT OF LOUISIANA
  800 LAFAYETTE ST., STE: 2200
  LAFAYETTE, LA 70501–6832** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____             _____
                                                *Server's signature*

                                            _____
                                                *Printed name and title*

                                            _____
                                                *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN FITZGERALD HANSON<br>Plaintiff<br>v.<br>GENTNER DRUMMOND , et al.<br>Defendant | )<br>)<br>) Civil Action No. 1:25–CV–00102–DDD–JPM<br>) Judge Dee D Drell<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Patricia Anne Russell**
**Federal Public Defender's Office (OK)**
**215 Dean A McGee Ave Ste 707**
**Oklahoma City, OK 73102**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __2/5/2025__    __/s/ – Daniel J. McCoy__

1:25–CV–00102–DDD–JPM
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**
was received by me on *(date)*_____.

- I personally served the summons on **ATTN: CIVIL PROCESS CLERK**
  **U.S. ATTORNEY GENERAL**
  **950 PENNSYLVANIA AVENUE, N.W.**
  **WASHINGTON, D.C. 20530–0001**
  at *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                            *Server's signature*

                                      _____
                                            *Printed name and title*

                                      _____
                                            *Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

JOHN FITZGERALD HANSON )
Plaintiff )
v. ) Civil Action No. 1:25–CV–00102–DDD–JPM
) Judge Dee D Drell
GENTNER DRUMMOND , et al. )
Defendant )

**SUMMONS IN A CIVIL ACTION**

To:
**Danon Colbert**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––  you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Patricia Anne Russell**
**Federal Public Defender's Office (OK)**
**215 Dean A McGee Ave Ste 707**
**Oklahoma City, OK 73102**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __2/5/2025__    __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:25–CV–00102–DDD–JPM
# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Danon Colbert** was received by me on *(date)*_____.

- I personally served the summons on **Danon Colbert** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                                        *Server's signature*

                                                  _____
                                                                        *Printed name and title*

                                                  _____
                                                                        *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

JOHN FITZGERALD HANSON )
Plaintiff )
v. ) Civil Action No. 1:25–CV–00102–DDD–JPM
) Judge Dee D Drell
GENTNER DRUMMOND , et al. )
Defendant )

### SUMMONS IN A CIVIL ACTION

To:
**William Lothrop**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Patricia Anne Russell**
**Federal Public Defender's Office (OK)**
**215 Dean A McGee Ave Ste 707**
**Oklahoma City, OK 73102**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __2/5/2025__

__/s/ – Daniel J. McCoy__

1:25–CV–00102–DDD–JPM
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **William Lothrop** was received by me on *(date)*_____.

- I personally served the summons on **William Lothrop** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                                *Server's signature*

                                                       _____
                                                                *Printed name and title*

                                                       _____
                                                                *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN FITZGERALD HANSON<br>Plaintiff<br>v.<br>GENTNER DRUMMOND , et al.<br>Defendant | )<br>)<br>) Civil Action No. 1:25–CV–00102–DDD–JPM<br>) Judge Dee D Drell<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**Howard K Goldey**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Patricia Anne Russell**
> **Federal Public Defender's Office (OK)**
> **215 Dean A McGee Ave Ste 707**
> **Oklahoma City, OK 73102**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __2/5/2025__                                            __/s/ – Daniel J. McCoy__

1:25–CV–00102–DDD–JPM
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Howard K Goldey** was received by me on *(date)*_____.

- I personally served the summons on **Howard K Goldey** at *(place)*_____  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____             _____
                                                          *Server's signature*

                                           _____
                                              *Printed name and title*

                                           _____
                                                  *Server's address*

Additional information regarding attemped service, etc: