# Exhibit 1



# GENTNER DRUMMOND
## ATTORNEY GENERAL

January 23, 2025

*Via U.S. Mail*

Danon Colbert, Acting Regional Director
U.S. Department of Justice
Federal Bureau of Prisons
South Central Regional Office
US Armed Forces Reserve Cmpl
344 Marine Forces Drive
Grand Prairie, Texas 75051

      Re:    **Transfer of Inmate George John Hanson (No. 08585-062) to State Custody**

Dear Acting Director Colbert:

      I am writing to request the transfer of inmate George John Hanson from the U.S. Bureau of Prisons to state custody. He is currently incarcerated at the United States Penitentiary, Pollock, which I understand is a facility within the South-Central Region. Your agency's records indicate that Inmate Hanson is currently assigned the BOP Register Number 08585-062. I request that he be transferred to Lexington Assessment and Reception Center in Lexington, Oklahoma.

      As Oklahoma's executive authority responsible for law enforcement, I am submitting this request to you pursuant to 18 U.S.C. § 3623 and your agency's policies. As you know, the statute creates certain obligations for the Director of the Bureau of Prisons. The Director has delegated that authority to you. *See* BOP Program Statement 5140.35, ¶ 5 ("The respective Regional Director is the delegated authority to approve transfers to State officials").

      I have enclosed a certified copy of the judgment of conviction indicating that Inmate Hanson was sentenced to death in Oklahoma state court. On August 31, 1999, Inmate Hanson and his accomplice, Victor Miller, carjacked and kidnapped 77-year-old Mary Bowles from the parking lot of a mall in Tulsa, Oklahoma, before Inmate Hanson eventually executed her with a semi-automatic pistol as she lay on the ground by an isolated dirt pit near Owasso, Oklahoma. While searching for a suitable location to kill Mary and dispose of her body, Inmate Hanson held down Mary in the back seat of her car as she tried to appeal to his humanity. When she asked Inmate Hanson whether he had any loved ones, he told her to "shut up" and punched her. An innocent bystander, Jerald Max Thurman, who witnessed Inmate Hanson and his accomplice in the act of holding Mary hostage at the dirt pit, also lost his life as collateral damage when Inmate Hanson's accomplice shot him numerous times with a revolver and left him for dead. Mary, Jerald, and their surviving family and friends have been denied justice for over 25 years. Justice must not be delayed any longer.

Previously, the Oklahoma Court of Criminal Appeals had ordered Hanson's death sentence to be carried out on December 15, 2022. However, the Biden administration prevented the state from carrying out Inmate Hanson's sentence by refusing to comply with federal law and perform a timely transfer of the inmate upon request. I have enclosed Heriberto H. Tellez's letter, which reached the appalling conclusion that it is not in the public interest for the federal government to respect a valid state death warrant, judgment, and sentence.

As you are likely aware, one of President Trump's first acts of his second term was to counteract the previous administration's inexplicable interference with state criminal judgments. On January 20, 2025, President Trump issued an executive order, titled "Restoring the Death Penalty and Protecting Public Safety."[1] Importantly, Section 2 of the order reads: "It is the policy of the United States to ensure that the laws that authorize capital punishment are respected and faithfully implemented, and to counteract the politicians and judges who subvert the law by obstructing and preventing the execution of capital sentences." The prior administration's refusal to transfer Inmate Hanson to state custody to finally carry out a decades-old death sentence is the epitome of subverting and obstructing the execution of a capital sentence. As a result, I respectfully request that you comply with federal law and President Trump's righteous order by transferring Inmate Hanson to state custody.

The next execution in Oklahoma is currently scheduled for March 20, 2025. I request that you effectuate Inmate Hanson's transfer to state custody in advance of that date, so that he is eligible for the next available execution date. Please contact me immediately if you are unable to comply with my request.

Respectfully,

*[signature]*

GENTNER DRUMMOND
*Attorney General*

Enclosure:
Inmate Hanson's death warrant and judgment and sentence
Previous Regional Director Heriberto H. Tellez's refusal letter

cc:   Acting Director William W. Lothrop
      William W. Lothrop, Acting Director
      U.S. Department of Justice
      Federal Bureau of Prisons
      Central Office
      320 First St., NW
      Washington, DC 20534

---

[1] *Available at*: https://www.whitehouse.gov/presidential-actions/2025/01/restoring-the-death-penalty-and-protecting-public-safety/.



# ORIGINAL

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| State Of Oklahoma,<br>-vs-<br>JOHN FITZGERALD HANSON<br>SS#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<br>DOB: 4-8-64 | Case No. CF-99-4583<br>Count No. 1 |

**DISTRICT COURT**
**FILED**
**FEB 0 8 2006**
SALLY HOWE SMITH, COURT CLERK

## DEATH WARRANT
### Death Penalty

Whereas, on the 7th day of February, 2006, the defendant, upon a [illegible] duly convicted of the crime of **Murder in the First Degree** said verdict of the jury being as follows, to wit:

"We, the jury, drawn, impaneled and sworn in the above entitled cause, do upon our oaths, having been informed the defendant, John Fitzgerald Hanson, was **found guilty of Murder I the First Degree, fix his punishment at death.**" Robert Smith, foreman.

And whereas, in the District Court of Tulsa on the 7th day of February, 2006, the defendant, received a sentence of death for the offense of having murdered one **Mary Agnes Bowles** as charged in the information; and for which the defendant, has been found guilty by the verdict of the jury on June 8th, 2001 as stated above.

NOW, THEREFORE, IT IS HEREBY ORDERED that the execution of this sentence be made upon the defendant, **John Fitzgerald Hanson, on May 9 2006 at 10:00 a.m.** by continuous, intravenous administration of a lethal quantity of an ultra-short-acting barbiturate in combination with a chemical paralytic agent until death is pronounced by a licensed physician according to accepted standards of medical practice, as provided for in such cases under the statute laws of this state, **John Fitzgerald Hanson be dead;** said punishment of death by continuous, intravenous administration of a lethal quantity of an ultra-short-acting barbiturate in combination with a chemical paralytic agent until death is pronounced by a licensed physician according to accepted standards of medical practice to be inflicted upon **John Fitzgerald Hanson** and the judgment of death to be executed within the walls of the State Prison at McAlester, Oklahoma, said prison being situated and located in Pittsburg County of the State of Oklahoma.

And you are hereby directed to deliver the defendant, within ten (10) days from this date, to the Warden of the State Prison at McAlester, Oklahoma for execution.

And the defendant, has prayed an appeal from the judgment and sentence of this Court to the Court of Criminal Appeals of the State of Oklahoma, and the same has been allowed by the Court and counsel appointed and directed to prosecute said appeal.

Witness my hand as District Judge of the District Court of Tulsa County, State of Oklahoma, and of the Judicial District Number Fourteen of the State of Oklahoma, at Tulsa, the county seat of Tulsa County, Oklahoma, and within said judicial district aforesaid, on this 7th day of February, 2006 A.D.

*Caroline E. Wall*
**JUDGE CAROLINE E. WALL**

ATTESTATION:

SALLY HOWE SMITH
District Court Clerk, Tulsa County
By: *[signature]*
Letha J. Butcher, Deputy

AUG 04 2022
By *[signature]*
Deputy

## OFFICER'S RETURN OF SERVICE

Received this order the ____ day of _____, _____, and executed it by delivering said defendant to the Warden of the Lexington Assessment and Reception Center at Lexington, Oklahoma on the _____ day of _____, _____.

**SHERIFF STANLEY GLANZ, TULSA COUNTY, OKLAHOMA**

By:_____
Deputy

## COURT CLERK'S CERTIFICATION

I, Sally Howe Smith, District Court Clerk for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerks Office of Tulsa, Oklahoma.

Dated this the _____ day of _____, _____.

**SALLY HOWE SMITH, TULSA COUNTY DISTRICT COURT CLERK**

By: _____, Deputy



**ORIGINAL**

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| State Of Oklahoma,<br>-vs-<br>**JOHN FITZGERALD HANSON**<br>SS#  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<br>DOB  4-8-64 | Case No. CF-99-4583<br>Count No. 1 |

**DISTRICT COURT FILED FEB 0 8 2006**
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

### JUDGMENT AND SENTENCE FELONY
### Death Penalty

Now, this 7th day of February, 2006, this matter comes on before the Court for sentencing and the defendant appears personally and by his or her Attorney of record, Jack Gordon and Steve Hightower, and the State of Oklahoma is represented by Doug Drummond, and the Court Reporter, Kim White, is present.

The defendant previously entered a plea of **not guilty** and has been found guilty by the Court of the crime of **Murder In The First Degree; 21 OS 7017; offense date: 8-31-99.**

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the defendant, is guilty of **Murder In the First Degree** and is sentenced to be imprisoned by the Oklahoma Department of Corrections until **May 9, 2006 at 10:00 a.m.** on which date the defendant **shall be put to death** by continuous, intravenous administration of a lethal quantity of an ultra-short-acting barbiturate in combination with a chemical paralytic agent until death is pronounced by a licensed physician according to the accepted standards of medical practice pursuant to the verdict for the crime of **Murder In the First Degree.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that in addition to the preceding terms, and the general miscellaneous costs of this action. The total costs assessed against the defendant in this case (all counts) is **$22,407.58.** It is further ordered that judgment is hereby entered against the defendant for all costs, fees, fines, and assessments ordered in this action.

The Court further advised the defendant of his or her right to appeal to the Court of Criminal Appeals of the State of Oklahoma and of the necessary steps to be taken by him or her to perfect such appeal, and that if he or she desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State, subject to reimbursement in accordance with 22 § O. S. 1355.14, 20 § O. S. 106.4 (b), and, ADC-72-33.

The Sheriff of Tulsa County, Oklahoma, is ordered and directed to deliver the defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to serve as warrant and authority for the imprisonment of the defendant as provided herein. A second copy of this Judgment and Sentence to be warrant and authority of the Sheriff for the transportation and imprisonment of the defendant as herein before provided. The Sheriff is to make due return to the clerk of this Court with his proceedings endorsed thereon.

Witness my hand this 7th day of February, 2006

*Caroline E. Wall*
**JUDGE CAROLINE E. WALL**

**ATTESTATION:**

**SALLY HOWE SMITH**
District Court Clerk Tulsa County
By: _____
Letha J. Butcher, Deputy

AUG 04 2022
By: *Pam L. Russell*
Deputy

## OFFICER'S RETURN OF SERVICE

Received this order the ____ day of _____, _____, and executed it by delivering said defendant to the Warden of the Lexington Assessment and Reception Center at Lexington, Oklahoma on the _____ day of _____, _____.

STANLEY GLANZ, SHERIFF, TULSA COUNTY, OKLAHOMA

By: _____
Deputy

## COURT CLERK'S CERTIFICATION

I, Sally Howe Smith, District Court Clerk for Tulsa, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerks Office of Tulsa, Oklahoma.

Dated this the _____ day of _____, 200$. 

SALLY HOWE SMITH, DISTRICT COURT CLERK, TULSA COUNTY, OKLAHOMA

By: _____, Deputy



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*South Central Regional Office*

*344 Marine Forces Drive*
*Grand Prairie, Texas 75051*

October 17, 2022

John M. O'Connor
Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105

    Re: HANSON, George John; Reg. No. 08585-062

Dear Attorney General O'Connor:

This is in response to your letter, dated October 14, 2022, concerning the denial of the request to transfer federal inmate George John Hanson to Oklahoma state custody for state execution proceedings. You seek confirmation of the decision to deny the requested transfer, as conveyed to the Tulsa County District Attorney in a letter dated September 28, 2022.

Title 18 U.S.C. § 3623 provides for the transfer of a federal prisoner to state custody prior to satisfaction of a federal obligation if the transfer would be in the public interest. Ordinarily, the Federal Bureau of Prisons effectuates such a transfer, when qualified, within the last 90 days of the inmate's satisfaction of the Federal sentence.

Inmate Hanson is in the primary jurisdiction of federal authorities, and I am unaware of any indication another sovereign may properly possess primary jurisdiction of him. On June 28, 2000, the Honorable H. Dale Cook, United States District Judge for the Northern District of Oklahoma, sentenced inmate Hanson to a term of life imprisonment, which he has been serving since that date. As inmate Hanson is presently subject to a Life term imposed in Federal Court, his transfer to state authorities for state execution is not in the public interest.

Sincerely,

Heriberto H. Tellez
Regional Director