# Exhibit 3

ORIGINAL

FILED
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA

SEP - 9 2021

JOHN D. HADDEN
CLERK

# IN THE COURT OF CRIMINAL APPEALS
# OF THE STATE OF OKLAHOMA

| | |
|---|---|
| JOHN FITZGERALD HANSON, | |
| Petitioner, | **NOT FOR PUBLICATION** |
| v. | Case No. PCD-2020-611 |
| THE STATE OF OKLAHOMA, | |
| Respondent. | |

## OPINION DENYING SUCCESSIVE APPLICATION
## FOR CAPITAL POST-CONVICTION RELIEF

**ROWLAND, PRESIDING JUDGE:**

Before the Court is John Fitzgerald Hanson's successive application for capital post-conviction relief and accompanying motion for evidentiary hearing, challenging only the State's jurisdiction to prosecute and punish him in this case. We granted his motion for evidentiary hearing and remanded the case to the District Court of Tulsa County to take evidence and make conclusions concerning Petitioner Hanson's Indian status and the location of his crimes based on *McGirt v. Oklahoma*, 591 U.S. ___, 140 S.Ct. 2452 (2020). Prior to the completion of the remand proceedings, we stayed the proceedings pending the Court's consideration of *McGirt's*

retroactive application to otherwise final state convictions.[1] We have since decided *State ex rel. Matloff v. Wallace*, 2021 OK CR 21, ¶ 15, \_\_P.3d\_\_, unanimously holding that the new rule of criminal procedure concerning Indian Country jurisdiction announced in *McGirt* would not be applied retroactively to void a state conviction that was final when *McGirt* was decided. Because Hanson's state convictions were long final when *McGirt* was decided,[2] his case is

---

[1] Although the district court went ahead and concluded the evidentiary hearing in this matter and filed Findings of Fact and Conclusions of Law as previously ordered, we make no decision on those findings as part of our ruling today. We observe that the district court found Hanson has some Indian blood and that the crimes were committed in Indian Country. It concluded, however, that Hanson failed to prove that he was recognized as Indian by a federally recognized tribe or the federal government and therefore Hanson was not an Indian for purposes of federal criminal jurisdiction under the Major Crimes Act.

[2] *Hanson v. State*, 2003 OK CR 12, 72 P.3d 40 (affirming Hanson's Tulsa County convictions for one count of First Degree Malice Aforethought Murder (Count 1) and one count of First Degree Felony Murder as well as his sentence of life imprisonment without the possibility of parole on Count 2, but vacating his death sentence and remanding Count 2 for resentencing); *Hanson v. State*, 2009 OK CR 13, 206 P.3d 1020 (affirming Hanson's death sentence following resentencing); *Hanson v. Oklahoma*, 558 U.S. 1081 (2009) (denying certiorari from resentencing direct appeal); *Hanson v. State*, Case No. PCD-2006-614, (Okl.Cr. June 2, 2009) (unpublished) (denying post-conviction relief); *Hanson v. State*, Case No. PCD-2011-58, (Okl.Cr. March 22, 2011) (unpublished) (denying successive application for post-conviction relief); *Hanson v. Sherrod*, Case No. 10-CV-113-CVE-TLW (N.D. Okla July 1, 2013) (unpublished) (denying federal habeas relief); *Hanson v. Sherrod*, 797 F.3d 810 (10th Cir.2015) (affirming denial of federal habeas relief); *Hanson v. Sherrod*, 136 S.Ct. 2013 (2016) (denying certiorari from affirmance of denial of federal habeas relief).

controlled by our decision in *Matloff* and he is not entitled to post-conviction relief based upon his jurisdictional challenge.

## DECISION

Petitioner Hanson's Successive Application for Post-Conviction Relief is **DENIED**. Pursuant to Rule 3.15, *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch. 18, App. (2021), the **MANDATE** is **ORDERED** issued upon delivery and filing of this decision.

**APPEARANCES ON APPEAL**

SARAH M. JERNIGAN
MEGHAN LeFRANCOIS
PATTI PALMER GHEZZI
MICHAEL W. LIEBERMAN
WESTERN DIST. OF OKLAHOMA
ASST. FEDERAL PUBLIC
 DEFENDERS
215 DEAN A. MCGEE,
 SUITE 707
OKLAHOMA CITY, OK 73102
COUNSEL FOR PETITIONER

**APPEARANCES ON APPEAL**

SARAH M. JERNIGAN
MEGHAN LEFRANCOIS
EMMA ROLLS
ASST. FEDERAL PUBLIC
 DEFENDERS
215 DEAN A. MCGEE,
 SUITE 707
OKLAHOMA CITY, OK 73102
COUNSEL FOR PETITIONER

JOHN O'CONNOR
ATTY. GENERAL OF OKLAHOMA
RANDALL YOUNG
JULIE PITTMAN
ASST. ATTORNEYS GENERAL
15 W. SIXTH STREET.
 SUITE 1000
TULSA, OK 74119

                                    MARIANNA MCKNIGHT
                                    ASST. DISTRICT ATTORNEY
                                    TULSA COUNTY COURTHOUSE
                                    500 S. DENVER, SUITE 900
                                    TULSA, OK 74103
                                    COUNSEL FOR RESPONDENT

**OPINION BY: ROWLAND, P.J.**
HUDSON, V.P.J.:  Concur
LUMPKIN, J.:     Concur
LEWIS, J.:       Concur

4