# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN FITZGERALD HANSON,<br><br>PETITIONER,<br><br>v.<br><br>GENTNER DRUMMOND, Attorney General of the State of Oklahoma;<br><br>DANON COLBERT, Acting Regional Director, U.S. Department of Justice, Federal Bureau of Prisons;<br><br>WILLIAM W. LOTHROP, Acting Director, U.S. Department of Justice, Federal Bureau of Prisons; and<br><br>HOWARD K. GOLDEY, Warden, United States Penitentiary Pollock, Federal Bureau of Prisons,<br><br>RESPONDENTS. | No. 1:25-cv-00102-DDD-JPM<br><br>**RESPONSE OF THE UNITED STATES & FEDERAL DEFENDANTS TO PETITIONER'S MOTION FOR EMERGENCY RELIEF & OBJECTION TO THE MAGISTRATE'S REPORT & RECOMMENDATION** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel hereby enters his appearance on behalf of Defendants Danon Colbert, in his official capacity as Acting Regional Director, Federal Bureau of Prisons, William W. Lothrop, Acting Director, Federal Bureau of Prisons, and Howard K. Goldey, Warden, U.S. Penitentiary Pollock in the above-captioned matter.

Dated: February 12, 2025                              Respectfully submitted,

                                                                      /s/ *Kevin K Bell*
                                                                      KEVIN K. BELL

1

(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov
*Counsel for the United States*

## CERTIFICATE OF SERVICE

On February 12, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the Western District of Louisiana, using the electronic case filing system of the Court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Kevin K. Bell*
KEVIN BELL
(GA Bar No. 967210)
Trial Attorney
