UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN FITZGERALD HANSON,<br><br>PETITIONER,<br><br>v.<br><br>GENTNER DRUMMON, Attorney General of the State of Oklahoma;<br><br>DANON COLBERT, Acting Regional Director, U.S. Department of Justice, Federal Bureau of Prisons;<br><br>WILLIAM W. LOTHROP, Acting Director, U.S. Department of Justice, Federal Bureau of Prisons; and<br><br>HOWARD K. GOLDEY, Warden, United States Penitentiary Pollock; Federal Bureau of Prisons<br><br>RESPONDENTS. | No. 1:25-cv-00102-DDD-JPM |

## MOTION TO APPEAR AS COUNSEL OF RECORD

Zachary Faircloth, an attorney admitted to practice before this Court and in good standing, respectfully moves to appear as counsel in this matter for Respondent, Gentner Drummond, Attorney General of the State of Oklahoma.

1

Respectfully submitted,

Elizabeth B. Murrill
  ATTORNY GENERAL OF LOUISIANA

 /s/ *Zachary Faircloth*
Zachary Faircloth (#39875)
  Principal Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70802
Telephone: (225) 421-4088
Email: fairclothz@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 14th day of February, 2025.

                                                              /s/ *Zachary Faircloth*
                                                              Zachary Faircloth