# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN FITZGERALD HANSON, <br><br> PETITIONER, <br><br> v. <br><br> GENTNER DRUMMON, Attorney General of the State of Oklahoma; <br><br> DANON COLBERT, Acting Regional Director, U.S. Department of Justice, Federal Bureau of Prisons; <br><br> WILLIAM W. LOTHROP, Acting Director, U.S. Department of Justice, Federal Bureau of Prisons; and <br><br> HOWARD K. GOLDEY, Warden, United States Penitentiary Pollock; Federal Bureau of Prisons <br><br> RESPONDENTS. | No. 1:25-cv-00102-DDD-JPM |

## ORDER

Considering the foregoing Motion to Appear as Counsel of Record,

**IT IS ORDERED** that Zachary Faircloth (La. Bar #39875) be and hereby is enrolled as counsel of record for Respondent, Gentner Drummond, Attorney General of the State of Oklahoma

This ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE