*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN FITZGERALD HANSON<br>Plaintiff | Case No.   1:25-cv-00102 |
| VS.<br>GENTNER DRUMMOND et al.<br>Defendant | Judge   DDD<br>Magistrate Judge   JPM |

**ORDER**

IT IS ORDERED that Garry M. Gaskins, II be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Attorney General Gentner Drummond</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge