# Exhibit 1

| | |
|---|---|
| From: | Kim Ludwig |
| To: | OAG FHC Docket |
| Subject: | [EXTERNAL] Hanson v. Drummond, Colbert, Lothrop, Goldey |
| Date: | Monday, February 3, 2025 8:19:14 AM |
| Attachments: | image001.png<br>1_Complaint.pdf<br>1-1.pdf<br>1-2.pdf<br>1-3.pdf<br>1-4.pdf<br>1-5.pdf<br>2_Mot_IFP.pdf<br>2-1.pdf<br>3_Mot_Decl_Relief.pdf<br>3-1.pdf<br>3-2.pdf<br>4_Corrected_Proposed_order.pdf<br>5_Rept_Recommendation.pdf |

Attached please find courtesy copies of documents filed in the Western District of Louisiana, Case No. 25-cv-00102-DDD-JPM.
Formal service w/ summons will follow.

Thank you.



Kim Ludwig, Paralegal
Capital Habeas Unit
Western District of Oklahoma
Office of the Federal Public Defender
215 Dean A. McGee, Suite 707
Oklahoma City, OK 73102
(405) 609-5992 – Direct
(405) 609-5975 – Main
Kim_Ludwig@fd.org