# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

JOHN FITZGERALD HANSON,

    *Plaintiff,*

v.

GENTNER DRUMMOND, et al.,

    *Defendants.*

No. 1:25-CV-00102-DDD-JPM

## ATTORNEY GENERAL GENTNER DRUMMOND'S
## MOTION FOR LEAVE TO SUPPLEMENT

Pursuant to Local Rules 7.2 and 7.5, Attorney General Drummond submits this Motion for Leave to Supplement his Response to Plaintiff's Motion for Emergency Relief and Objection to the Magistrate Judge's Report and Recommendation. *See* Doc. 12. Specifically, Attorney General Drummond seeks leave to supplement his motion and objection with the declaration of Tim Harris, the retired Tulsa County District Attorney who prosecuted Plaintiff's case which resulted in his death sentence. This Motion is made with respect to the following circumstances:

1. Attorney General Drummond filed his motion and objection, Doc. 12, on February 18, 2025, as a supplement to the Federal Defendants' motion and objection, Doc. 8. Attorney General Drummond filed his motion and objection as soon as practicable in compliance with his duty to ensure that justice is served expeditiously in Oklahoma. As a result, his filing occurred before the completion of a declaration drafted by the lead prosecutor in Plaintiff's state prosecution that resulted in his death sentence. The lead prosecutor and previously elected district attorney in Tulsa County, Oklahoma, Tim Harris, finalized his declaration today, February 20, 2025. Attorney General Drummond offers that declaration to this Court for its consideration.

2.      This declaration contains no legal argument, but rather provides additional context and perspective in demonstrating the continued denial of justice for the victims' families and the community caused by further delay in carrying out Plaintiff's sentence. The Attorney General merely seeks to offer this declaration to the Court for its consideration. The Attorney General proposes no changes to his original response brief.

WHEREFORE, Attorney General Drummond respectfully requests that the Court enter an Order allowing him to file the attached declaration to supplement his motion and objection, Doc. 12.

Respectfully submitted,

| | |
|---|---|
| */s/ Garry M. Gaskins, II* | */s/ Zachary Faircloth* |
| *GARRY M. GASKINS, II, OBA NO. 20212 | ZACHARY FAIRCLOTH (LA #39875) |
|    *Solicitor General* |    *Principal Deputy Solicitor General* |
| *Zach West, OBA No. 30768 | OFFICE OF THE LOUISIANA ATTORNEY GENERAL |
|    *Director of Special Litigation* | 1885 North Third Street |
| OFFICE OF ATTORNEY GENERAL | Baton Rouge, LA 70802 |
| STATE OF OKLAHOMA | Phone: (225) 326-6705 |
| 313 N.E. 21st Street | Facsimile: (225) 326-6795 |
| Oklahoma City, OK 73105 | FairclothZ@ag.louisiana.gov |
| Phone: (405) 521-3921 | *Local Counsel for Attorney General Drummond* |
| Garry.Gaskins@oag.ok.gov | |
| Zach.West@oag.ok.gov | |
| *Counsel for Attorney General Drummond* | |

*Pro Hac Vice status pending[1]

---

[1] Mr. Gaskins' motion has been submitted. The Oklahoma Supreme Court was closed on Monday, February 17 (President's Day), and Tuesday, February 18 (inclement weather). The court partially reopened on Wednesday, February 19, but the Oklahoma Bar Association, which provides character and fitness information that the court uses to determine a lawyer's standing, remains closed today, February 20, due to ongoing effects of winter weather. When the Oklahoma Bar Association reopens, Mr. West will obtain a certificate of good standing from the court and submit his motion.

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, I electronically transmitted the foregoing document to the Clerk of the Court via the Court's CM/ECF system, which effects service upon all counsel of record.

| | |
|---|---|
| */s/ Garry M. Gaskins, II* | */s/ Zachary Faircloth* |
| GARRY M. GASKINS, II | ZACHARY FAIRCLOTH |