UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOHN FITZGERALD HANSON,

    *Plaintiff,*

v.

GENTNER DRUMMOND, et al.,

    *Defendants.*

No. 1:25-CV-00102-DDD-JPM

## DECLARATION OF TIM HARRIS

I, Tim Harris, declare the following under 28 U.S.C. § 1746, and state under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am the former Tulsa County District Attorney. I served in that role for 16 years, from 1999 to 2014. Previously I served as an Assistant District Attorney in Tulsa County for 12 years and was the first Director of Crimes Against Children. I also served as General Counsel to the Tulsa County Sheriff's Office for 5 years. In my prosecution career I personally tried approximately 185 jury trials, including numerous death penalty cases.

2. I was the lead prosecutor presenting the evidence and facts to the jury in the prosecution of defendant Hanson for the murders of Jerald Thurman and Mary Bowles. Defendant Hanson had a co-defendant, Victor Miller. The defendants' trials were severed for jury trial presentation.

3. The Tulsa community was stunned by the kidnapping of 77-year-old Mary Bowles, a retired bank executive who was getting her exercise walking at the

Promenade Mall on a hot August day. The defendants wanted a car so they could commit a series of armed robberies in Tulsa. After forcing her inside, the defendants drove her Buick sedan up to north Tulsa County. At one point, defendant Hanson punched Ms. Bowles in the face after she asked him whether he had anyone who loved him.

4. After arriving at a remote dirt pit, they were spotted by Jerald Thurman, the owner of a trucking company, while he was getting a load of gravel. He parked his truck by the only entrance to the pit presumably because he sensed something wasn't right. Co-defendant Miller got out of the Buick and approached the truck on foot. He engaged Mr. Thurman in a conversation and then shot him four times with a .38 revolver, leaving him for dead. Ms. Bowles and defendant Hanson observed this gruesome scene from the Buick.

5. Defendant Miller returned to the car and drove down the secluded country backroad. After coming to a stop, he told defendant Hanson, "You know what you have to do!" Defendant Hanson then dragged Ms. Bowles out of the back seat to a bar ditch alongside the road and shot her at point blank range. Mary's decomposed body wasn't found for days until a motorist saw something under some brush and called law enforcement.

6. After committing the two murders, the defendants went on an armed robbery spree ending in their robbery of a Tulsa Federal Credit Union branch. During that robbery, defendant Hanson threatened to kill the bank teller and all other

employees if she didn't give him all the money. That robbery was the last the co-defendants committed before they were arrested.

7. Two different Tulsa juries heard the facts and evidence and decided that death was the only appropriate punishment for defendant Hanson's murder of Mary Bowles. As the elected District Attorney of Tulsa County, I heard from many Tulsa residents that the death penalty should be reserved for the worst of the worst murderers, and that it was justified for defendant Hanson.

8. The families of Mary Bowles and Jerald Thurman have suffered broken hearts, emotional pain, physical loss of their loved ones, and a loss of confidence in a criminal justice system. Several years ago, federal authorities refused defendant Hanson's transfer, and now this lawsuit aims to further delay his just punishment. This decades-long delay has denied justice to the victims' families, the Tulsa community, and Oklahoma.

9. This denial of justice can only be rectified by allowing the state of Oklahoma to carry out the punishment decided by its citizens. This requires defendant Hanson to be returned to Oklahoma to face the punishment the people of Tulsa County decided so very long ago. The victims' families are still waiting for justice after all these years. Please allow them to close this horrendous chapter in their lives. That can only happen with the return of defendant Hanson to Oklahoma.

Executed on February 20, 2025.

Tim Harris   OBA: 10655