## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

JOHN FITZGERALD HANSON,

                                  *Plaintiff,*

v.                                                        No. 1:25-CV-00102-DDD-JPM

GENTNER DRUMMOND, et al.,

                                  *Defendants.*

## ORDER

Before the Court is Defendant's Motion for Leave to Supplement His Pleading ("Motion"). [Doc. 13]. The Motion seeks to supplement Defendant's Response to Plaintiff's Motion for Emergency Relief and Objection to the Magistrate Judge's Report and Recommendation [Doc. 12] to add a declaration of a witness, which is attached to the Motion. *See* [Doc. 13-1]. Defendant states that when he filed his response and objection, the witness's declaration was not yet complete. *See* Motion at ¶ 1.

The Court GRANTS Defendant's Motion. IT IS SO ORDERED this _____ day of February 2025.

_____
Dee D. Drell
United States District Judge