*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| __JOHN FITZGERALD HANSON__ <br> Plaintiff | Case No.   1:25-cv-00102 |
| VS. <br> __GENTNER DRUMMOND et al.__ <br> Defendant | Judge   DDD <br> Magistrate Judge   JPM |

## ORDER

    IT IS ORDERED that Garry M. Gaskins, II be and is hereby admitted to the bar of this Court pro hac vice on behalf of __Attorney General Gentner Drummond__ in the above described action.

    SO ORDERED on this, the __26th__ day of __Feb__, 20__25__.

_____
U.S. Magistrate Judge